# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC; UNILOC 2017 LLC; and UNILOC LICENSING USA LLC, § § § § Plaintiffs, § § v. § § AMAZON.COM, INC.; AMAZON WEB SERVICES, INC.; AMAZON DIGITAL SERVICES, LLC; AMAZON DIGITAL SERVICES, INC.; and AMAZON FULFILLMENT SERVICES, INC., § § § § § § § Defendants. § | No. 2:18-CV-00340-JRG-RSP |

## ORDER

In light of the parties' Joint Stipulation of Dismissal [Dkt. # 12], the Court **DISMISSES** any and all claims from this case **WITHOUT PREJUDICE**. Further, the Court **ORDERS**:

(1)   Amazon shall not file any declaratory judgment action nor file any petition with the Patent Trial and Appeal Board seeking to institute an inter partes review concerning the patent-in-suit before the earlier of (a) February 10, 2019, or (b) the date Uniloc reasserts the patent-in-suit.

(2)   Nothing related to this proceeding shall be evidence, or may be relied on to show, for any purpose in any future proceeding, that Amazon or any affiliate received notice or knowledge of the patent-in-suit.

(3)   Uniloc and Amazon shall each bear their own attorney's fees, expenses and costs.

**SIGNED this 14th day of August, 2018.**

                                                                                                                _____
                                                                                                                ROY S. PAYNE
                                                                                                                UNITED STATES MAGISTRATE JUDGE